| | | |
|---|---|---|
| Elias P., Matter of (Ferman P.) | 2d Dept: 145 AD3d 1066 (Proceeding No. 1) | denied* |
| Fekete-Markovits, Matter of, v Markovits | 2d Dept: 140 AD3d 1061 | denied |
| Ferman P., Matter of (Ferman P.) | 2d Dept: 145 AD3d 1066 (Proceeding No. 2) | denied* |
| Fletcher v Dakota, Inc. | App Div, 1st Dept: 2016 NY Slip Op 95915(U) | denied |
| Gill, Matter of (Phoenix Energy Mgt. Inc.—Commissioner of Labor) | 3d Dept: 145 AD3d 1141 | denied |
| Jose E.P.M., Matter of (Ferman P.) | 2d Dept: 145 AD3d 1066 (Proceeding No. 4) | denied* |
| Kay v Southbridge Towers, Inc. | 1st Dept: 145 AD3d 576 | denied |
| Mahoney v Brockbank | 2d Dept: 142 AD3d 200 | granted |
| Matigan G., Matter of (Sara E.W.-G.) | 4th Dept: 145 AD3d 1484 | denied* |
| Melissa P.-M., Matter of (Ferman P.) | 2d Dept: 145 AD3d 1066 (Proceeding No. 3) | denied* |
| Moran v JRM Contr., Inc. | 4th Dept: 145 AD3d 1584 | denied |
| Noble, Matter of, v Paris | 4th Dept: 143 AD3d 1288 | denied |
| Noble, Matter of, v Paris | 4th Dept: 143 AD3d 1288 | denied |
| People v Calle-Calle | 2d Dept: 145 AD3d 804 | denied |
| People v Colon | 2d Dept: 146 AD3d 822 | denied |
| People v Guichardo | 2d Dept: 146 AD3d 910 | denied* |
| People v Jamison | 2d Dept: 145 AD3d 921 | denied |
| People v Jean-Bart | 2d Dept: 145 AD3d 690 | denied* |
| People v Lopez | 1st Dept: 146 AD3d 477 | denied |
| People, Matter of, v Juarez | 1st Dept: 143 AD3d 589 | granted |
| People v Velasquez | 2d Dept: 145 AD3d 924 | denied* |
| People v Ziliox | 2d Dept: 145 AD3d 925 | denied |
| People ex rel. Morales v Warden | App Div, 1st Dept: 2016 NY Slip Op 86695(U) | denied |
| People ex rel. Nolley v Annucci | 4th Dept: 145 AD3d 1518 | denied |

## Decided April 27, 2017

| | | |
|---|---|---|
| Briggs, Matter of, v Annucci | 3d Dept: 145 AD3d 1301 | denied |

* Motion for poor person relief dismissed as academic or denied.